-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



MICHAEL C. THIEL,

       Plaintiff,

   -v-                                     13-CV-0306Sc
                                             **ORDER**

CHENANGO COUNTY SHERIFF'S OFFICE;
CHENANGO COUNTY JAIL OFFICIALS;
CHENANGO COUNTY SHERIFF CUTTING;
CHENANGO COUNTY DEPUTY OHARA;
CHENANGO COUNTY CORRECTIONAL STAFF;
CHENANGO COUNTY PROSECUTOR JOSEPH
McBRIDE; CHENANGO COUNTY PUBLIC
DEFENDER'S OFFICE JOHN CAMERON;
DR. MASERICK, FACILITY M.D.; and
CHENANGO COUNTY SHERIFF'S OFFICE
LT. SHOLT,

       Defendants.

    Plaintiff Michael C. Thiel has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated at the time of his arrest and at the Chenango County Jail. The events took place in Chenango County which is located in the Northern District of New York and the action is deemed to arise under jurisdiction of the United States District Court for the Northern District of New York. Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Northern District of New York.

    IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Northern District of New York.

    **SO ORDERED.**

                                    S/ Michael A Telesca
                                        MICHAEL A. TELESCA
                                  United States District Judge

Dated:   April 2, 2013
           Rochester, New York